IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**U-HAUL CO. OF ARKANSAS**                                                       PLAINTIFF

v.                                 No. 4:23-cv-828-DPM

**WILLIAM HYATT; CAMERON MUTUAL
INSURANCE COMPANY; SANTOSHI
KRUPA, LLC; TERRENCE MICHAEL
COLLINS; JOHN MICHAEL BYRD;
RICHARD ALLEN; CHRISTOPHER
SHAHAN; JESSE HENDERSON;
NATHANIEL MARTIN; FRANK LOUIS
JOHNSON; BRYAN SMITH; DONNA
BYBEE; BRYAN MCCLELLAN; and
JOHN DOES NOS. 1-20**                                                            DEFENDANTS

### WARNING ORDER

To defendant William Hyatt:

You are notified that plaintiff U-Haul Co. of Arkansas, whose attorneys are Wright, Lindsey & Jennings LLP as set out below, has filed against you a complaint in this case pending before the United States District Court for the Eastern District of Arkansas.

The complaint seeks interpleader of $25,000 in self-insured coverage for a rented vehicle in which you had an accident on 22 November 2022, causing damage to property at a mini-storage facility in Sherwood, Arkansas. The complaint requests that the Court determine who is entitled to the funds at issue amongst the claimants

to those funds.

A copy of the complaint shall be served by mail on the last known addresses for you and will be delivered to your attorney upon request.

You are hereby summoned and notified that you must appear in this Court and defend by filing your answer or other response to the complaint within thirty days from the date of first publication of this warning order. If you fail to timely answer or otherwise respond within thirty days from the date of the first publication of this warning order, judgment by default may be entered against you for the relief sought in the complaint or you may be otherwise barred from asserting your interest in this action.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 March 2024