FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 16 2024

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**U-HAUL CO. OF ARKANSAS**                                **PLAINTIFF**

v.                          No. 4:23-cv-828-DPM

**WILLIAM HYATT; CAMERON MUTUAL
INSURANCE COMPANY; SANTOSHI
KRUPA, LLC; TERRENCE MICHAEL
COLLINS; JOHN MICHAEL BYRD;
RICHARD ALLEN; CHRISTOPHER
SHAHAN; JESSE HENDERSON;
NATHANIEL MARTIN; FRANK LOUIS
JOHNSON; BRYAN SMITH; DONNA
BYBEE; BRYAN MCCLELLAN; and
JOHN DOES NOS. 1-20**                                    **DEFENDANTS**

### ORDER

Motion for entry of default, *Doc. 24*, noted. U-Haul didn't state by affidavit, or another acceptable paper, whether William Hyatt, Terrence Michael Collins, John Michael Byrd, Richard Allen, Christopher Shahan, Jesse Henderson, Frank Louis Johnson, Bryan Smith, and Donna Bybee are in military service, as required by 50 U.S.C. § 3931(b)(1) & (4). Please file a global addendum addressing this issue as soon as practicable.

-2-

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

16 July 2024