IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

U-HAUL CO. OF ARKANSAS     PLAINTIFF

v.     No. 4:23-cv-828-DPM

WILLIAM HYATT; CAMERON MUTUAL
INSURANCE COMPANY; SANTOSHI
KRUPA, LLC; TERRENCE MICHAEL
COLLINS; JOHN MICHAEL BYRD;
RICHARD ALLEN; CHRISTOPHER
SHAHAN; JESSE HENDERSON;
NATHANIEL MARTIN; FRANK LOUIS
JOHNSON; BRYAN SMITH; DONNA
BYBEE; BRYAN MCCLELLAN; and
JOHN DOES NOS. 1-20     DEFENDANTS

## ORDER

The disputed funds have been deposited. U-Haul is therefore dismissed with prejudice. *Doc. 50 at 3*. The Court directs the Clerk to terminate U-Haul as a party.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 March 2025