IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

U-HAUL CO. OF ARKANSAS                                                PLAINTIFF

v.                            No. 4:23-cv-828-DPM

WILLIAM HYATT; CAMERON MUTUAL
INSURANCE COMPANY; SANTOSHI
KRUPA, LLC; TERRENCE MICHAEL
COLLINS; JOHN MICHAEL BYRD;
RICHARD ALLEN; CHRISTOPHER
SHAHAN; JESSE HENDERSON;
NATHANIEL MARTIN; FRANK LOUIS
JOHNSON; BRYAN SMITH; DONNA
BYBEE; BRYAN MCCLELLAN; and
JOHN DOES NOS. 1-20                                                   DEFENDANTS

ORDER

The Court notes Cameron Mutual's motion for leave to file an amended answer, *Doc. 51*. Please file an addendum with an attached redline or comparison copy showing all proposed changes. *Doc. 46 at 2*. Please also specify if Nathaniel Martin and Frank Johnson agree to or oppose the changes.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 April 2025