IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

U-HAUL CO. OF ARKANSAS                                              PLAINTIFF

v.                              No. 4:23-cv-828-DPM

WILLIAM HYATT; CAMERON MUTUAL
INSURANCE COMPANY; SANTOSHI
KRUPA, LLC; TERRENCE MICHAEL
COLLINS; JOHN MICHAEL BYRD;
RICHARD ALLEN; CHRISTOPHER
SHAHAN; JESSE HENDERSON;
NATHANIEL MARTIN; FRANK LOUIS
JOHNSON; BRYAN SMITH; DONNA
BYBEE; BRYAN MCCLELLAN; and
JOHN DOES NOS. 1-20                                                 DEFENDANTS

ORDER

Cameron Mutual Insurance Company and Bryant McClellan assert claims to the interpleaded funds. *Doc. 57 & 4.* Nathanial Martin waived any claim. *Doc. 5 at 1.* The other defendants defaulted, thereby waiving their claims, too.

Cameron Mutual and McClellan have advised the Court on how they would like the $20,863.00 that was deposited into the Court registry to be divided. Their joint motion, *Doc. 59*, is granted as modified. Here's the modification. The funds were deposited in an interest-bearing account. The parties' agreement doesn't account for that. The accrued interest will therefore be disbursed proportionally

to the agreed amounts.

    The Court orders the Clerk to disburse the money this way:

- $18,563.00, plus 89% of any accrued interest, to Cameron Mutual; and

- $2,300.00, plus 11% of any accrued interest, to McClellan.

    The Court further directs the Clerk to file a statement confirming the disbursements and the exact amounts. The Court will then enter Judgment dismissing the case with prejudice. Fed. R. Civ. P. 41(a)(2).

    So Ordered.

                                      */s/ D.P. Marshall Jr.*
                                      D.P. Marshall Jr.
                                      United States District Judge

                                      30 May 2025