IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

U-HAUL CO. OF ARKANSAS                                          PLAINTIFF

v.                         No. 4:23-cv-828-DPM

WILLIAM HYATT; CAMERON MUTUAL
INSURANCE COMPANY; SANTOSHI
KRUPA, LLC; TERRENCE MICHAEL
COLLINS; JOHN MICHAEL BYRD;
RICHARD ALLEN; CHRISTOPHER
SHAHAN; JESSE HENDERSON;
NATHANIEL MARTIN; FRANK LOUIS
JOHNSON; BRYAN SMITH; DONNA
BYBEE; BRYAN MCCLELLAN; and
JOHN DOES NOS. 1-20                                            DEFENDANTS

## JUDGMENT

The Clerk has distributed the policy proceeds and accrued interest to Cameron Mutual Insurance Company and McClellan as ordered, *Doc. 62*. This case is therefore dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

9 June 2025